UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR423-0018 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm and |
| LEAR A. WILLIAMS | ) Ammunition by a Prohibited |
| | ) Person |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession of a Firearm and Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about September 19, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

**LEAR A. WILLIAMS**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, a Beretta Model 3032 Tomcat, .32 caliber pistol, and twenty-one (21) rounds of .32 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **LEAR A. WILLIAMS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Beretta Model 3032 Tomcat, .32 caliber pistol (S/N DAA300975) and twenty-one (21) rounds of .32 caliber ammunition..

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
David H. Estes
United States Attorney

_____
Darron J. Hubbard
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Makeia R. Jonese
Assistant United States Attorney
*Co-lead Counsel